**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-1435**

CAROLINE S. ALASAGAS,

        Plaintiff - Appellant,

    v.

ANTONY J. BLINKEN, Secretary of State,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Rossie David Alston, Jr., District Judge. (1:20-cv-00581-RDA-IDD)

Submitted: July 20, 2021                     Decided: July 22, 2021

Before WILKINSON, AGEE, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Caroline S. Alasagas, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Caroline S. Alasagas appeals the district court's order dismissing her employment discrimination action. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Alasagas' informal brief does not challenge the basis for the district court's disposition, she has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*